UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUE FRITZ,

        Plaintiff,

                                     File No.  1:07-CV-1254

v.

                                     HON. ROBERT HOLMES BELL

CHARTER TOWNSHIP OF COMSTOCK,
and TIM HUDSON, individually and in his
official capacity as Supervisor for the
Charter Township of Comstock,

        Defendants.

_____/

**ORDER AND JUDGMENT**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendants' motion for summary judgment (Dkt.

No. 25) is **GRANTED IN PART and DENIED IN PART**.  The motion is granted as to the

retaliation claim in Count I and denied as to the state law tort claims in Count II.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendants

on the retaliation claim asserted in Count I of Plaintiff's complaint.

**IT IS FURTHER ORDERED** that the state law tort claims asserted in Count II of

Plaintiff's complaint are **DISMISSED WITHOUT PREJUDICE**.

This case is **CONCLUDED**.


Dated: <u>November 26, 2008</u>              /s/ Robert Holmes Bell
                                         ROBERT HOLMES BELL
                                         UNITED STATES DISTRICT JUDGE