# United States District Court for the Western District of Michigan

SUE FRITZ

**Plaintiff,**

vs.

CASE NO. 1:07-cv-1254

CHARTER TOWNSHIP OF COMSTOCK, a public body, and TIM HUDSON, individually

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that **SUE FRITZ**, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from **an Order**
(the final judgment) (from an
**for Summary Judgment** entered in this action on the **26th** day of
order (describing it))
**November**, **2008**.

/s/ William F. Piper

Address:
3275 Cooley Court, Suite 160
Portage, MI 49024

Attorney for **Plaintiff- Appellant, Sue Fritz**

cc: Opposing Counsel **X**
    Court of Appeals **X**

6CA-3
1/99